UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
LAKEASHA RENEE WILSON  
386 FOXDALE RD  
MILLBROOK, AL 36054

Case No.1930757  
Chapter 13

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> RANSTAD STAFFING  
> ATTN PAYROLL  
> 3625 CUMBERLAND BLVD  
> ATLANTA, GA 30339

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, August 11, 2022.

*/s/ Christopher L. Hawkins*

Christopher L. Hawkins  
United States Bankruptcy Judge

cc: Lakeasha Renee Wilson